UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                                                   Chapter 11
PRIME HOTEL MANAGEMENT LLC,                                    Case No. 18-10221 (SHL)

                            Debtor.
--------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

Debtor Prime Hotel Management LLC (the "Debtor") having duly filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on January 30, 2018; and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to §105(d) of the Bankruptcy Code, that an initial case management conference will be conducted before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **March 1, 2018 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to the holders of the ten (10) largest unsecured claims, the holders of the five (5) largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: New York, New York
           February 1, 2018

                                                                        */s/ Sean H. Lane*
                                                                        HONORABLE SEAN H. LANE
                                                                        UNITED STATES BANKRUPTCY JUDGE