**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
tklestadt@klestadt.com

*Counsel to 1724 Associates, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 11
PRIMTE HOTEL MANAGEMENT, LLC,        :
                                                         :   Case No. 18-10221 (SHL)
                              Debtor.            :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP hereby appears as counsel for 1724 Associates, LLC ("1724 Associates"). Pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP requests that all notices given or required to be given in the above-captioned bankruptcy case or adversary proceeding, and all papers served or required to be served in these cases, be given and served upon the undersigned at the following office address:

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Attn: Tracy L. Klestadt
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights or remedies available to 1724 Associates, including, without limitation, (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, action, defenses, setoffs, or recoupments to which 1724 Associates is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not and shall not be construed as a waiver of any of the above named party's jurisdictional, substantive or procedural rights and remedies in connection with the above captioned proceeding or any other

related proceeding, all of which are hereby expressly reserved.

Dated:　New York, New York
　　　　February 15, 2018

             **KLESTADT WINTERS JURELLER**
              **SOUTHARD & STEVENS, LLP**

          By: */s/ Tracy L. Klestadt*
            Tracy L. Klestadt
            200 West 41st Street, 17th Floor
            New York, New York 10036-7203
            Tel: (212) 972-3000
            Fax: (212) 972-2245
            Email: tklestadt@klestadt.com
               creilly@klestadt.com