Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                          Chapter 11
PRIME HOTEL MANAGEMENT LLC,                              Case No. 18-10221 (SHL)

                            Debtor.
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF §341 MEETING OF CREDITORS

**TO:  All Creditors and Interested Parties**

**PLEASE TAKE NOTICE THAT** the §341 Meeting of Creditors in connection with the above-captioned case that was scheduled to be conducted on March 1, 2018 at 2:30 p.m. has been adjourned and will now be conducted on March 29, 2018 at 2:15 p.m. at the Office of the United States Trustee, United States Bankruptcy Court, Southern District of New York, One Bowling Green, Room 511, Fifth Floor, New York, New York 10004-1408.

Dated: New York, New York
            February 27, 2018

                                                    **PICK & ZABICKI LLP**
                                                    Proposed Counsel to the Debtor

                                    By:  _____
                                             Eric C. Zabicki, Esq.
                                             369 Lexington Avenue, 12th Floor
                                             New York, New York 10017
                                             (212) 695-6000